UNITED STATES of America, Plaintiff–Appellee,

v.

Matthew DAVIS, Defendant–Appellant.

No. 14–6292.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: July 1, 2014.

Matthew Davis, Appellant Pro Se. Clifton Thomas Barrett, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Davis appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012).* We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Davis,* No. 6:95–cr–00284–JAB–1 (M.D.N.C. Jan. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

___

* Although the district court granted Davis' § 3582(c)(2) motion, the reduction granted by the court did not reduce Davis' sentence to the full extent he requested.

court and argument would not aid the decisional process.

*AFFIRMED.*